**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 14, 2006

*Before*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 03-2132

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff-Appellee,* | ) | Appeal from the United States |
| | ) | District Court for the |
| | ) | Northern District of Illinois, |
| *v.* | ) | Eastern Division |
| | ) | |
| ROBERT BELL | ) | No. 02 CR 511 |
| *Respondent-Appellant.* | ) | |
| | ) | Milton I. Shadur, Judge. |

**O R D E R**

On March 10, 2006, this Court ordered a limited remand to the district court pursuant to *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), to determine whether the district court would have imposed a different sentence had it know that the United States Sentencing Guidelines were merely advisory. On July 27, 2006, the district court issued a statement that "this Court is not prepared to confirm definitively whether it would or would not have imposed the same sentence on Bell if it had understood the Sentencing Guidelines to be advisory rather than mandatory."

In response to our invitation for argument regarding the appropriate

disposition of the appeal in light of the district court's decision, the United States responded that the matter should be remanded to the District Court for resentencing.  The Defendant, Bell, did not respond.

**IT IS ORDERED** that the March 10, 2006 Order of this Court is vacated and the case is remanded to the district court for resentencing.